AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Bailey, John P. | 2. Court or Organization<br><br>Northern District of West Virginia | 3. Date of Report<br><br>05/08/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
P.O. Box 551
Wheeling, WV 26003

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Dircetor | Federal Judges Assoociation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bailey, John P. | 05/08/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Tria Healthcare Group |
| 2. 2016 | Germain & Co., Inc. |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | 02/05/16 to 02/09/16 | San Diego, CA | Midyear meeting | Travel & some expenses |
| 2. | Federal Judges Association | 05/16/16 to 05/18/16 | Washington, DC | Board Meeting | Travel & Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Beyond Marketing | Jamboree in the HIlls tickets | $1,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Card | J |
| 2. | American Express | Credit Card | K |
| 3. | Main Street Bank | Personal Loan | M |
| 4. | BB&T | Mortgage on Rental Property | O |
| 5. | Citi Cards | Credit Card | J |
| 6. | Barclay Mastercard | Credit Card | J |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | A | Dividend | L | T | | | | | |
| 2. - Barclays US TIPS Fund | A | Dividend | J | T | | | | | |
| 3. - MSCI EAFE Index Fund | A | Dividend | J | T | | | | | |
| 4. - MSCI Emerging Mkt Index Fd ETF | A | Dividend | J | T | | | | | |
| 5. - SPDR S&P 500 ETF | A | Dividend | K | T | | | | | |
| 6. - SPDR S&P Midcap 400 ETF | A | Dividend | J | T | | | | | |
| 7. - Russell 2000 Value Index Fd | A | Dividend | J | T | | | | | |
| 8. - SPDR S&P Dividend ETF | A | Dividend | J | T | | | | | |
| 9. - Federated Govt Obligations Fund 395 | A | Interest | J | T | Buy | 10/07/16 | J | | |
| 10. - Federated US Treasury Cash Reserves 632 | A | Interest | | | Sold | 10/07/16 | J | A | |
| 11. Rental Property, Seabrook Island, SC- 1 X | F | Rent | O | R | | | | | |
| 12. Enterprise Products Partners, LP X | A | Distribution | J | T | | | | | |
| 13. Columbus Ohio City School Bond X | A | Interest | J | T | | | | | |
| 14. IRA #2 X | D | Int./Div. | O | T | | | | | |
| 15. - Dodge & Cox International Stock FD X | A | Dividend | K | T | | | | | |
| 16. - Fidelity Govt MMkt Capital Reserves X | A | Int./Div. | M | T | | | | | |
| 17. - Harbor International Institutional Fd X | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bailey, John P. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Ishares Russell 2000 Value ETF X | A | Dividend | J | T | | | | | |
| 19. I - shares Edge MSCI Min Vol EAFE ETF X | A | Dividend | K | T | | | | | |
| 20. - MFS Global Equity Fd Class I X | A | Dividend | K | T | | | | | |
| 21. - Pimco Foreign Bond Fd Hedged Inst X | A | Dividend | K | T | | | | | |
| 22. - Powershares Exch Traded FD TST II S&P X | A | Dividend | K | T | | | | | |
| 23. - Guggenheim S&P 500 Pure Growth ETF X | A | Dividend | K | T | | | | | |
| 24. - SPDR Ser Tr S&P Divid ETF X | B | Dividend | K | T | | | | | |
| 25. - SPDR S&P Midcap 400 ETF Tr UTSER 1 X | A | Dividend | K | T | | | | | |
| 26. - Vanguard Specialized Portfolios Div X | A | Dividend | K | T | | | | | |
| 27. - Vanguard Equity Income Admiral FD X | A | Dividend | K | T | | | | | |
| 28. - Vanguard Index Fds Vanguard Small Cap X | A | Dividend | K | T | | | | | |
| 29. - Wisdomtree TR Midcap Divid Fd X | B | Dividend | K | T | | | | | |
| 30. - Wisdomtree TR Small Cap Divid Fd X | A | Dividend | K | T | | | | | |
| 31. Chevron Corp New Com X | A | Dividend | J | T | | | | | |
| 32. Coca Cola Co. X | A | Dividend | J | T | | | | | |
| 33. e.l.f. Beauty Inc X | A | Dividend | J | T | | | | | |
| 34. Fidelity Govt MMKT Capital Reserves CL X | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bailey, John P. | 05/08/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, new assetsmarked "X" result of marriage in 2016.

Part VII, line 11, property purchased 02/28/2014, actual purchase price $ 762,500.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John P. Bailey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544